# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:17-cv-00952-JLS (SK) | Date | June 25, 2018 |
| Title | Mon Smann v. D. Davis, et al. | | |

Present: The Honorable  Steve Kim, United States Magistrate Judge

| Connie Lee | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On May 18, 2018, Defendants filed a renewed motion for summary judgment. (ECF No. 49). Per Local Rule 7-9, Plaintiff's opposition to the motion was due June 8, 2018, but as of the date of this order, Plaintiff has not filed any opposition.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE **on or before July 23, 2018** why the motion for summary judgment should not be taken under submission without opposition. Plaintiff may discharge this Order to Show Cause by filing an opposition to the motion for summary judgment by **July 23, 2018**. An optional reply by Defendants may be filed within 21 days of service of an opposition, if one is filed.

Alternatively, if Plaintiff no longer wishes to proceed with this case, he may voluntarily dismiss this action by filing a Notice of Voluntary Dismissal on the attached form.